```
01
02
03
04
05
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOHN ROBERT APPLEBY, | ) | CASE NO. C08-1115-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | REPORT AND RECOMMENDATION |
| SNOHOMISH COUNTY DETENTION FACILITY, et al., | ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter comes before the Court because plaintiff John Robert Appleby failed to notify the Court of his current address. After reviewing the record, the Court recommends dismissing this action and denying the *in forma pauperis* (IFP) application as moot.

**DISCUSSION**

On August 27, 2008, the Court delayed consideration of Mr. Appleby's IFP application, declined to serve his proposed § 1983 civil rights complaint, and granted him leave to amend the complaint by September 26, 2008. (Dkt. 6.) On September 4, 2008, the postal service returned the copy of the order that was sent to Mr. Appleby at his last known address. (Dkt. 7.) Local Rule CR 41(b)(2) states:

REPORT AND RECOMMENDATION
PAGE -1

01     A party proceeding pro se shall keep the court and opposing parties advised as to his current address. If mail directed to a pro se plaintiff by the clerk is returned by the post office, and if such plaintiff fails to notify the court and opposing parties within sixty days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute.

04 Thus, Mr. Appleby should have notified the court and opposing counsel of his current address by

05 November 3, 2008. *See also* Local Rule W.D. Wash. CR 10(f) (requiring parties to notify the

06 court within ten days of a change of address). The Court is unaware of any other place of

07 residence or confinement for Mr. Appleby. Because Mr. Appleby failed to notify the Court of his

08 current address by the sixty-day deadline to do so, this action should be dismissed without

09 prejudice for failure to prosecute.

## CONCLUSION

11     The Court recommends that this action be DISMISSED without prejudice for failure to

12 prosecute pursuant to Local Rule CR 41(b)(2) and that the IFP application be DENIED as moot.

13 A proposed order accompanies this Report and Recommendation.

14     DATED this <u>4th</u> day of November, 2008.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2